B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Theta Microelectronics, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>72-00584446 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>19160 Bainter Ave.<br>Los Gatos, CA              ZIP Code: 95030 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code: |
| County of Residence or of the Principal Place of Business:<br>Santa Clara | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code: | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code: |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ■ A plan is being filed with this petition.
- ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition  *(This page must be completed and filed in every case)* | Name of Debtor(s): **Theta Microelectronics, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X /s/ Michael St. James<br>Signature of Attorney for Debtor(s)<br>Michael St. James, CSB 95652<br>Printed Name of Attorney for Debtor(s)<br>St. James Law. P.C.<br>Firm Name<br>155 Montgomery Street, Suite 1004<br>San Francisco, CA. 94104<br>Address<br>415-392-7566 / michael@stjames-law.com<br>Telephone Number<br>04/22/2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X /s/ Bruce R. Bourbon<br>Signature of Authorized Individual<br>Bruce R. Bourbon<br>Printed Name of Authorized Individual<br>Chairman and CEO<br>Title of Authorized Individual<br>05/22/2015<br>Date | |

# THETA MICROELECTRONICS
# CERTIFICATE OF RESOLUTION
## May 13, 2015

The undersigned hereby certifies that he is the duly appointed, qualified, and acting Secretary of Theta Microelectronics, Inc. (the "Company").

A duly noticed meeting Board of Directors of the Company (the "Board") was held on May 13, 2015 (the "Meeting"). I hereby certify that attached hereto as Exhibit A is a true, complete, and correct copy of resolutions adopted by the Board at the Meeting, and that such resolutions have not in any way been amended, modified, revoked, or rescinded, have been and are now in full force and effect.

In witness whereof, I have hereunto set my hand as Secretary on this date.

_____
Demetris Paraskevopoulos, Secretary
Theta Microelectronics

# Exhibit A:

## Corporate Resolutions

00048273-1
Theta Microelectronics
Certificate of Resolution
Page 2 of 2

# THETA MICROELECTRONICS
# CORPORATE RESOLUTIONS

These resolutions (the "Resolutions"), passed by the Board of Directors (the "Board") of THETA MICROELECTRONICS, INC. (the "Company"), following a regularly noticed meeting, are to be effective as of April 15, 2015, and are adopted as follows:

**WHEREAS**, the Board has determined that the Company's best and only realistic prospect of generating a recovery to creditors and shareholders is by monetizing its intellectual property through an assertive licensing program.

**WHEREAS,** a consultant formerly contracted by the Company has filed suit against the Company (the "Lawsuit").

**WHEREAS**, the Company has been unable to settle the Lawsuit and the Board has concluded that the Company will not be able to engage in the assertive licensing program while the Lawsuit is pending.

**WHEREAS**, the Board has concluded that the best avenue for it to attempt to resolve the Lawsuit, enable prosecution of the assertive licensing program and cause its recoveries to be distributed equitably to creditors and shareholders is through the prosecution of a case for the Company's reorganization under Chapter 11 of the Bankruptcy Code.

**WHEREAS**, Theta IP, LLC has assembled an infrastructure essential to the prosecution of the assertive licensing program and has agreed to manage the assertive licensing program for the Company and to deploy its infrastructure in support thereof pursuant to the terms of an Agreement (the "IP Contract"), which Agreement is conditioned on the successful prosecution of the Company's Chapter 11 case.

**WHEREAS**, the Board has determined that entering into the IP Contract is in the best interests of the Company, its creditors, its shareholder and other stakeholders.

**NOW, THEREFORE, BE IT RESOLVED**, that the filing by this Company of a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California be, and it hereby is, authorized and approved.

**FURTHER RESOLVED**, that Bruce R. Bourbon, Chairman and Chief Executive Officer is hereby authorized and directed without further action of the Board to sign and to cause to be prepared, signed and filed, a petition for relief under Chapter 11 of the Bankruptcy Code, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the commencement of said bankruptcy proceedings, and that Mr. Bourbon is hereby designated an officer of the Company for the purpose here described.

**FURTHER RESOLVED**, that the Company designates Robert Morse as its "Responsible Individual" under the Local Rules of the Bankruptcy Court for the Northern District of California for the purposes of the Chapter 11 case, and he is hereby authorized and directed without further action of the Board to sign and to cause to be prepared, signed and filed, motions, pleadings, applications and other papers to be filed or presented in the prosecution of the Company's Chapter 11 case, to attend meetings and hearings as the duly authorized representative of the Company, and generally to act as the Company's representative in connection with its bankruptcy case and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection said bankruptcy proceedings, and that Mr. Morse is hereby designated an officer of the Company for the purpose here described.

**FURTHER RESOLVED,** that in connection with the Chapter 11 case, Mr. Morse or Mr. Bourbon, each an "Authorized Person," may sign any document, or act at any hearing or meeting or do any deed as the duly authorized representative of the Company.

**FURTHER RESOLVED** that the Company is authorized and directed to retain St. James Law, P.C. ("Counsel") to commence and prosecute the aforementioned Chapter 11 case and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the prosecution of said Chapter 11 case; and Counsel is authorized to take such actions in the bankruptcy case which Counsel, in its discretion, concludes are necessary to Counsel's and/or the Company's fulfillment of its obligations in the bankruptcy case.

**FURTHER RESOLVED** that the Company is authorized and directed to deliver to Counsel an aggregate retainer in the amount of $47,000 on account of its fees for services performed and to be performed in connection with the preparation for, commencement and prosecution of the Company's Chapter 11 case, it being recognized that the total amount of Counsel's fees will be determined by the Bankruptcy Court, and the foregoing retainer is only a payment on account of its total fees.

**RESOLVED FURTHER**, that Counsel may rely upon instructions of an Authorized Person as the instructions of the Company with respect to matters arising in connection with the Chapter 11 case.

**RESOLVED FURTHER**, that the Company hereby approves the IP Contract and authorizes its execution and implementation.

**RESOLVED FURTHER**, that the Company hereby approves the submission to creditors and the Bankruptcy Court of a Plan of Reorganization comparable to the draft circulated by counsel, and approves the adoption of the final draft of the Plan of Reorganization by the counter-signature of an Authorized Person.

**RESOLVED FURTHER**, that the Company is authorized to retain on its behalf such other professionals as it deems necessary or appropriate, upon such terms and conditions as shall be approved by an Authorized Person in his reasonable discretion, to render services to this Company in connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith.

**FURTHER RESOLVED** that the Company is authorized to pay from the corporate bank accounts such expenses approved by an Authorized Person as are necessary to carry out the preparation and filing and prosecution of the Chapter 11 bankruptcy, including the payments to the Company's professionals.

**FURTHER RESOLVED** that the Authorized Persons are authorized to act upon these resolutions.